**The People of the State of Illinois, defendant in error, v. Barney Petlick and Jane Doe, otherwise known as Mrs. Barney Petlick, plaintiffs in error. Gen. No. 7,676.**

Prosecution for violation of Prohibition Act. Conviction and sentence of Jane Doe; Barney Petlick not guilty. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed March 17, 1927.

James G. Welch, for plaintiff in error, Jane Doe. Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

**Ed Slyman, administrator of the estate of Rose Slyman, deceased, appellee, v. Metropolitan Life Insurance Company, Inc., appellant. Gen. No. 7,702.**

Action on life insurance policy. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. W. W. Wright, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed March 17, 1927.

Miller, Elliott & Westervelt, for appellant. Roscoe Herget, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**James W. Foraker, appellee, v. P. H. Slocum, appellant. Gen. No. 7,655.**

Action for personal injuries from automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed May 13, 1927.

Donovan, Bray & Gray, for appellant. R. C. Schoenstedt, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. James E. Allen, plaintiff in error. Gen. No. 7,664.**

Conviction of adultery. Error to the Circuit Court of Winnebago county; the Hon. E. D. Reynolds, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed May 13, 1927.

William L. Pierce, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.